UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 5:24-CR-00076 SSS |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | ) | |
| Krystal Angel Arechiga | ) | |
| Defendant. | ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

The court concludes:

A. ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- ABSCONDING FROM SUPERVISION ALLEGATION
- LACK OF IDENTIFIED SURETIES / BAIL RESOURCES

IT IS ORDERED that defendant be detained.

DATED: 2/12/25

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE